**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CLIVE BARON,** **Plaintiff,** v. **ABBOTT LABORATORIES,** **Defendant.** | **CIVIL ACTION** **NO. 14-4706** |

### O R D E R

**AND NOW**, this 17th day of February, 2016, upon consideration of defendant's Motion for Summary Judgment (Document No. 20, filed July 31, 2015), plaintiff's Memorandum of Law in Opposition to Motion for Summary Judgment (Document No. 21, filed August 28, 2015), defendant's Reply Memorandum in Support of its Motion for Summary Judgment (Document No. 25, filed September 22, 2015), and plaintiff's Sur Reply in Opposition to Motion for Summary Judgment (Doc. No. 27, filed October 8, 2015), for the reasons set forth in the accompanying Memorandum dated February 17, 2016, **IT IS ORDERED** that defendant's Motion for Summary Judgment is **GRANTED** and **JUDGMENT IS ENTERED IN FAVOR** of defendant, Abbott Laboratories, and **AGAINST** plaintiff, Clive Baron.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case as **CLOSED.**

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**